with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SOPHIE UNTERMEYER v. CLUB RICHMAN, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SOPHIE UNTERMEYER v. CLUB RICHMAN, INC.— Motion denied, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS F. KEATING v. THOMAS P. FLAHERTY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GOULD REALTY COMPANY v. LOUIS FINVER and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SMITH & NESSLE SALES CORPORATION v. ALPHA INTERNATIONAL CORPORATION.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARINE METAL & SUPPLY COMPANY, INC., v. POSTAL TELEGRAPH-CABLE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

14TH STREET AND BROADWAY REALTY CORPORATION v. LOUIS LYONS.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS EDELHOCH v. WILLIAM M. BARRETT, as President of Adams Express Company, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELL DEE CLOTHING CO., INC., v. FREDERICK A. MARSH.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

GRAHAM BROTHERS AKTIEBOLAG, a Corporation, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GRAHAM BROTHERS AKTIEBOLAG, a Corporation, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY and Another.— Motion granted upon defendant filing undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWIN W. PARSIL v. "ONYX" HOSIERY, INC.— Motion granted; questions certified. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HERMAN COHEN and Another v. JOHN EGGERS and Another. HERMAN COHEN and Another v. HENRY J. BREDEN and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GRAHAM BROTHERS AKTIEBOLAG, a Corporation, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PATRICK LAHART, as Administrator, etc., of ANNA LAHART, Deceased, v. THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PATRICK LAHART, as Administrator, etc., of ANNA LAHART, Deceased, v. THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

48